# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 11, 2022

**VIA EMAIL and ECF**

Honorable Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/22

The Court hereby ORDERS that Mr. Montero's passport be returned to him. SO ORDERED.

*[signature]*
2/14/22

**Re:    United States v. Juan Montero**
       **19 Cr. 205 (AJN)**

Dear Judge Nathan:

    I write to request that the Court issue an order authorizing Pretrial to return Mr. Montero's passport to him. Mr. Montero has successfully completed his sentence including his term of supervised release. Pretrial is in possession of the passport, but will only return it to Mr. Montero with an order from the Court authorizing the return of the passport to him.

SO ORDERED.

Respectfully,

/s
Jennifer L. Brown
Attorney-in-Charge
Federal Defenders of New York
Tel.: (646) 763-1420

cc:    Jacob Warren, Esq.